UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER JOHN WILSON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DEPARTMENT OF TREASURY<br>INTERNAL REVENUE SERVICE,<br><br>　　　　　Defendant. | Case No. 1:21-cv-01051-NONE-EPG<br><br>ORDER FOR PLAINTIFF TO SUBMIT APPLICATION TO PROCEED *IN FORMA PAUPERIS* OR PAY FILING FEE WITHIN FORTY-FIVE DAYS |

Plaintiff is proceeding *pro se* in this civil action. (*See* ECF No. 1.) Plaintiff has not paid the $402.00 filing fee or submitted an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is respectfully directed to send Plaintiff an application to proceed *in forma pauperis* by a prisoner.
2. Within forty-five (45) days of the date of service of this order, Plaintiff shall submit the attached application to proceed *in forma pauperis*, completed and signed, or in the alternative, pay the $402.00 filing fee for this action. No requests for extension will be granted without a showing of good cause. <u>Failure to comply with this order will result in dismissal of this action.</u>

IT IS SO ORDERED.

　　Dated: __**July 9, 2021**__　　　　　　　　　/s/ *Erica P. Grosjean*
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1

2