UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER JOHN WILSON,<br><br>             Plaintiff,<br><br>    v.<br><br>DEPARTMENT OF TREASURY INTERNAL REVENUE SERVICE,<br><br>             Defendant. | No.  1:21-cv-01051-NONE-EPG<br><br>ORDER AUTHORIZING SERVICE OF THE COMPLAINT<br><br>(ECF No. 1) |

The Court has screened Plaintiff's complaint and found that it states a cognizable claim against Defendant Department of the Treasury[1] regarding Plaintiff's failure to receive economic impact payments. (ECF Nos. 1, 7)

Accordingly, IT IS ORDERED that:

1. Service of the complaint (ECF No. 1) is appropriate for the following defendant:

    **a.  The Department of the Treasury;**

2. The Clerk of Court shall SEND Plaintiff three (3) USM-285 forms, three (3) summonses, a Notice of Submission of Documents form, an instruction sheet, and one copy of the complaint (ECF No. 1);

---

[1] The Complaint identifies the sole Defendant as "Department of Treasury Internal Revenue Service." (ECF No. 1, p. 2). However, the Internal Revenue Service is a bureau of the Department of the Treasury and thus not the same entity as the Department of the Treasury. Accordingly, the Court construes this lawsuit as being brought against the Department of the Treasury. The Court is not making a determination that the Department of the Treasury is the appropriate defendant in such a claim.

3. Within **thirty (30) days** from the date of service of this order, Plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the Court with the following documents:

    a. A completed summons for the Department of the Treasury;

    b. A completed USM-285 form for the Department of the Treasury;

    c. Two completed USM-285 forms for the United States of America (one for the civil-process clerk at the United States attorney's office and one for the Attorney General of the United States at Washington, D.C.), *see* Fed. R. Civ. P. 4(i)(1)(A)(ii) & (B);

    d. Two completed summonses for the United States of America; and

    e. Four (4) copies of the endorsed complaint;

4. Plaintiff need not attempt service on the Defendant and need not request waiver of service. Upon receipt of the above-described documents, the Court will direct the United States Marshals Service to serve the above-named Defendant pursuant to Federal Rule of Civil Procedure 4 without payment of costs; and

5. Failure to comply with this order may result in the dismissal of this action.

IT IS SO ORDERED.

Dated: **September 23, 2021**          /s/ Erica P. Grosjean
                                        UNITED STATES MAGISTRATE JUDGE