UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER JOHN WILSON,<br><br>   Plaintiff,<br><br>v.<br><br>DEPARTMENT OF TREASURY INTERNAL REVENUE SERVICE,<br><br>   Defendant. | No. 1:21-cv-01051-NONE-EPG<br><br>ORDER DIRECTING SERVICE BY THE UNITED STATES MARSHAL WITHOUT PREPAYMENT OF COSTS |

Plaintiff Christopher John Wilson is a state inmate proceeding *pro se* and *in forma pauperis* in this civil action. In an order entered on September 24, 2021, the Court found service of the complaint to be appropriate. (ECF No. 8). Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of Court is directed to forward the following documents to the U.S. Marshal:

    a) One completed and issued summons for each individual/agency to be served;

    b) One completed USM−285 form for each individual/agency to be served;

    c) One copy of the complaint (ECF No. 1) for each individual/agency to be served, plus one copy for the United States Marshal; and

    d) One copy of this order for each individual/agency to be served, plus one copy for the United States Marshal.

2. Service on the United States of America:

    a. Within ten days from the date of this order, the United States Marshal is

1

directed to serve the United States of America by serving a copy of the summons, the complaint (ECF No. 1), and a copy of this order, in accordance with the provisions of Fed. R. Civ. P. 4(i)(1)[1] and 28 U.S.C. § 566(c), upon the following:

    **i. United States Attorney for the Eastern District of California; and**

    **ii. Attorney General of the United States at Washington D.C.**

b. Within ten days after such service is effected, the United States Marshal shall file the return of service for that service.

3. Service on the Defendant:

a. Within ten days from the date of this order, the United States Marshal is directed to serve the named Defendant by serving a copy of the summons, the complaint (ECF No. 1), and a copy of this order, in accordance with the provisions of Fed. R. Civ. P. 4(i)(2)[2] and 28 U.S.C. § 566(c), upon the following:

---

[1] Federal Rule of Civil Procedure 4(i)(1) provides:

To serve the United States, a party must:

(A)(i) deliver a copy of the summons and of the complaint to the United States attorney for the district where the action is brought--or to an assistant United States attorney or clerical employee whom the United States attorney designates in a writing filed with the court clerk--or

    (ii) send a copy of each by registered or certified mail to the civil-process clerk at the United States attorney's office;

(B) send a copy of each by registered or certified mail to the Attorney General of the United States at Washington, D.C; and

(C) if the action challenges an order of a nonparty agency or officer of the United States, send a copy of each by registered or certified mail to the agency or officer.

[2] Federal Rule of Civil Procedure 4(i)(2) provides:

To serve a United States agency or corporation, or a United States officer or employee sued only in an official capacity, a party must serve the United States and also send a copy of the summons and of the complaint by registered or certified mail to the agency, corporation, officer, or employee.

       i. **The Department of Treasury**.

    b. Within ten days after such service is effected, the United States Marshal shall file the return of service for that service.

4. In the event that the Defendant is served, Defendant is required to respond to the Complaint.

IT IS SO ORDERED.

Dated: __**January 6, 2022**__        /s/ *Erica P. Grosjean*
UNITED STATES MAGISTRATE JUDGE